**JAVERBAUM WURGAFT**
**HICKS KAHN WIKSTROM & SININS, P.C.**
*Certified Trial Attorneys*

RUBIN M. SININS, ESQ.
Shareholder/Partner
Certified Criminal and Civil Trial Attorney
RSinins@lawjw.com

505 MORRIS AVENUE
SECOND FLOOR
SPRINGFIELD, NJ 07081
TEL: (973) 379-4200
FAX: (973) 379-7872
www.LawJW.com

July 28, 2025

<u>Via ECF</u>

Honorable Evelyn Padin, U.S.D.J.
MLK Building & U.S. Courthouse
50 Walnut Street, Room 4C
Newark, New Jersey 07101

  Re: *USA v. Boyd et al.*, Case No. 2:22-cr-00623-EP

Dear Judge Padin:

  Pursuant to the Court's Text Order of July 22, 2025 [Doc. 294], Defendant Boyd's Reply is due by August 5, 2025. With consent of the government, we write to request an extension of time for filing until August 22, 2025. This request stems from co-counsel's upcoming change of law firms and absence from the office, together with our additional case obligations. Additional time is therefore requested for this Reply.

cc: All counsel of record (via ECF)

                Respectfully,

                JAVERBAUM WURGAFT HICKS
                KAHN WIKSTROM & SININS, P.C.

                *s/ Rubin M. Sinins*
                Rubin M. Sinins, Esq.

**IT IS SO ORDERED.**

**/s/ Evelyn Padin, U.S.D.J.**

**July 29, 2025**